IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PAMELA ANN GUSTAFSON,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security<br>Administration,<br><br>Defendant. | CV 16-138-BLG-TJC<br><br><br>**ORDER GRANTING<br>PLAINTIFF'S<br>APPLICATION FOR<br>AWARD OF EAJA FEES<br>AND COSTS** |

On March 26, 2018, the Court remanded this case to the Commissioner for further administrative proceedings. (Doc. 26.) That same day, the Clerk of Court entered a separate judgment. (Doc. 27.)

Plaintiff has now filed a motion for attorney's fees under the Equal Access to Justice Act ("EAJA"). (Doc. 28.) Plaintiff requests $7,921.66 in attorney's fees. The Commissioner has not opposed the motion.

There being no objection from the Commissioner, the Court will grant the motion. Accordingly, IT IS HEREBY ORDERED that Plaintiff's Application for Award of EAJA Fees and Costs is GRANTED.

/ / /

The Commissioner must promptly pay Plaintiff's counsel attorney fees in the amount of $7,921.66 in attorney's fees.

DATED this 6th day of June, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge